JAMES HAWKINS APLC
James R. Hawkins, Esq. (#192925)
Gregory Mauro, Esq. (#222239)
Michael Calvo, Esq. (#314986)
9880 Research Drive, Suite 200
Irvine, CA 92618
Tel.: (949) 387-7200
Fax: (949) 387-6676
Email: James@jameshawkinsaplc.com
Email: Greg@jameshawkinsaplc.com
Email: Michael@jameshawkinsaplc.com

Attorneys for Plaintiff DANIEL BENDURE, individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BENDURE, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>CARMAX AUTO SUPERSTORES CALIFORNIA, a Virginia Corporation; and DOES 1-10, inclusive,<br><br>Defendant(s). | Case No. 5:21-cv-1707-JAK<br>Hon. John A. Kronstadt<br><br>**PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

## REQUEST FOR VOLUNTARY DISMISSAL

Plaintiff DANIEL BENDURE ("Plaintiff") by and through his respective counsel of record hereby request that pursuant to Fed. R. Civ. P. 41(a)(2), that this action be dismissed in its entirety without prejudice, for the reasons that Plaintiff has been made aware of the existence of an arbitration agreement with a class action waiver in relation to this matter. Plaintiff therefore respectfully requests the Court grant the dismissal of this action in its entirety without prejudice.

Dated: February 10, 2022            JAMES HAWKINS APLC

                                    By: /s/ James R. Hawkins
                                        JAMES R. HAWKINS
                                        GREGORY MAURO
                                        MICHAEL CALVO
                                        Attorneys for Plaintiff DANIEL BENDURE

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2022 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Central District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: February 10, 2022
                                    By: /s/ James R. Hawkins
                                        JAMES R. HAWKINS, ESQ.