1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 | |
| 11 | DANIEL BENDURE, individually and on behalf of all others similarly situated, |
| 12 | Plaintiff(s), |
| 13 | v. |
| 14 | |
| 15 | CARMAX AUTO SUPERSTORES CALIFORNIA, a Virginia Corporation; and DOES 1-10, inclusive, |
| 16 | |
| 17 | Defendant(s). |

No. 5:21-cv-1707-JAK

**ORDER RE PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2) (DKT. 15)**

**JS-6**

18
19
20
21
22

Based on a review of Plaintiff's Request for Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(2) (the "Request" (Dkt. 15)), sufficient good cause has been shown for the requested relief. Therefore, the relief requested in the Request is **GRANTED**. The case is hereby dismissed in its entirety, without prejudice.

23
24

**IT IS SO ORDERED.**

25

DATED: February 14, 2022

26
27

_____
John A. Kronstadt
United States District Judge

28

1